Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:14-cv-01340---GSA |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |
| v. | |
| REYNA RAMIREZ, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANT AND HER ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, December 2, 2014 at 9:30 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Reyna Ramirez, individually and d/b/a Redwood Inn.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

///

1   Plaintiff recently identified an alternative address that it believes will be successful to serve

2   its initiating suit papers, upon the Defendant.

3   **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

4   Scheduling Conference, presently scheduled for Tuesday, December 2, 2014 at 9:30 AM.

5

6

7   Respectfully submitted,

8

9

10

11   Dated: November 21, 2014       */s/ Thomas P. Riley*
                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
12                                  By: Thomas P. Riley
                                    Attorneys for Plaintiff
13                                  J & J Sports Productions, Inc.

14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:14-cv-01340---GSA**

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:14-cv-01340---GSA styled *J & J Sports Productions, Inc. v. Ramirez,* is hereby continued from 9:30 AM, Tuesday, December 2, 2014 to January 26, 2014, at 10:00 a.m.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **November 21, 2014**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE