Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  1:14-cv-01340-GSA |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| REYNA RAMIREZ, et al. | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon Defendant Reyna Ramirez, individually and d/b/a Redwood Inn.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1.    On August 28, 2014, Plaintiff's Complaint was filed against Defendant Reyna Ramirez, individually and d/b/a Redwood Inn.

2.    Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Reyna Ramirez, individually and d/b/a Redwood Inn, despite efforts to do so.  (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3.      Notwithstanding the difficulties incurred to date regarding service, Plaintiff has identified an alternate residence address (26788 Huntsman Avenue, Orosi, CA 93647) which it believes will be successful to serve it's initiating suit papers upon this particular defendant and has notified its process server of same.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court permit Plaintiff an additional Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  December 23, 2014          */s/ Thomas P. Riley*
_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

### ORDER

Plaintiff is granted an additional Forty-Five (45) days from the date of this order to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or, in the alternative, a Notice of Voluntary Dismissal as to Defendant Reyna Ramirez, individually and d/b/a Redwood Inn, where service has not been made nor service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **December 30, 2014**          _____**/s/ Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE